904

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK CURRY (Impleaded), Petitioner-Appellant.

(No. 56520;

First District (5th Division)—June 15, 1973.

PER CURIAM.

LORENZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Justine Knipper, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, Bernard S. Armel, and Patricia Bobb, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES H. GATHMAN, Defendant-Appellant.

(No. 72-174;

Second District—June 27, 1973.

*Rehearing denied August 2, 1973.*